1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  BRANDON ROBERTS

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      | No.  2:12-CR-00049-TLN
11 |        Plaintiff,              | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**
12 |   v.                           |
13 | BRANDON ROBERTS,               |
14 |        Defendant.              |

15

16   IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17 counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff, and Michael E.

18 Hansen, attorney for defendant Brandon Roberts, that the previously-scheduled status conference

19 date of December 19, 2013, be vacated and the matter set for status conference on January 9,

20 2014, at 9:30 a.m.

21   This continuance is requested to allow counsel additional time to negotiate a plea

22 agreement.

23   The Government concurs with this request.

24   Further, the parties agree and stipulate the ends of justice served by the granting of such a

25 continuance outweigh the best interests of the public and the defendant in a speedy trial and that

26 time within which the trial of this case must be commenced under the Speedy Trial Act should

27 therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code

28 T-4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,

                                              1

**Stipulation and Order to Continue Status Conference**

December 12, 2013, to and including January 9, 2014.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

| Dated:  December 12, 2013 | Respectfully submitted, |
|---|---|
| | /s/ Michael E. Hansen<br>MICHAEL E. HANSEN<br>Attorney for Defendant<br>BRANDON ROBERTS |
| Dated:  December 12, 2013 | BENJAMIN B. WAGNER<br>United States Attorney |
| | By:  /s/ Michael E. Hansen for<br>TODD PICKLES<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

### **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 12, 2013, to and including January 9, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 19, 2013, status conference shall be continued until January 9, 2014, at 9:30 a.m.

2

**Stipulation and Order to Continue Status Conference**

1 **IT IS SO ORDERED**.

2 Dated: December 16, 2013

Troy L. Nunley
United States District Judge

Stipulation and Order to Continue Status Conference