1  Michael E. Hansen [SBN 191737]
   Attorney-at-Law
2  711 Ninth Street, Suite 100
   Sacramento, CA  95814
3  916.438.7711
   FAX 916.864.1359
4
   Attorney for Defendant
5  BRANDON ROBERTS

6

7  UNITED STATES DISTRICT COURT

8  EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | No. 2:12-CR-00049-TLN
11 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT**
12 | v. |
13 | BRANDON ROBERTS, |
14 | Defendant. |

15

16   IT IS HEREBY STIPULATED by and between the parties hereto through their respective
17 counsel, Todd Pickles, Assistant United States Attorney, attorney for plaintiff, and Michael E.
18 Hansen, attorney for defendant Brandon Roberts, that the previously-scheduled status conference
19 date of January 30, 2014, be vacated and the matter set for status conference/change of plea on
20 February 20, 2014, at 9:30 a.m.

21   This continuance is requested to allow counsel additional time to negotiate a plea
22 agreement.

23   The Government concurs with this request.

24   Further, the parties agree and stipulate the ends of justice served by the granting of such a
25 continuance outweigh the best interests of the public and the defendant in a speedy trial and that
26 time within which the trial of this case must be commenced under the Speedy Trial Act should
27 therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code
28 T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation,

1

**Stipulation and Order to Continue Status Conference**

1  January 28, 2014, to and including February 20, 2014.

2  Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

3  IT IS SO STIPULATED.

4  Dated:  January 28, 2014                                  Respectfully submitted,

                                                             /s/ Michael E. Hansen
                                                             MICHAEL E. HANSEN
                                                             Attorney for Defendant
                                                             BRANDON ROBERTS

   Dated:  January 28, 2014                                  BENJAMIN B. WAGNER
                                                             United States Attorney

                                                             By:  /s/ Michael E. Hansen for
                                                             TODD PICKLES
                                                             Assistant U.S. Attorney
                                                             Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 28, 2014, to and including February 20, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 30, 2014, status conference shall be continued until February 20, 2014, at 9:30 a.m., for status conference/change of plea.

2

**Stipulation and Order to Continue Status Conference**

1 **IT IS SO ORDERED**.

2 Dated: January 28, 2014

_____
Troy L. Nunley
United States District Judge

3

**Stipulation and Order to Continue Status Conference**