HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
BRANDON ROBERTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON ROBERTS,<br><br>Defendant. | No.  Cr. S-12-49 TLN<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable  TROY L. NUNLEY |

Defendant, BRANDON ROBERTS, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On July 31, 2014, this Court sentenced Mr. Roberts to a term of 37 months imprisonment;

3.      Mr. Roberts' total offense level was 13, his criminal history category was V, and the resulting guideline range was 37 months;

4.      The sentencing range applicable to Mr. Roberts was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.      After application of amendment 782, Mr. Roberts' total offense level has been reduced from 13 to 12, and his amended guideline range is 27 to 33 months;

6.      Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Roberts' term of imprisonment to 33 months.

Respectfully submitted,

Dated:  September 16, 2015                    Dated:   September 16, 2015

BENJAMIN B. WAGNER                    HEATHER E. WILLIAMS
United States Attorney                         Federal Defender


 /s/ Jason Hitt                                    /s/ Hannah R. Labaree
JASON HITT                                      HANNAH R. LABAREE
Assistant U.S. Attorney                        Assistant Federal Defender

Attorney for Plaintiff                           Attorney for Defendant
UNITED STATES OF AMERICA            BRANDON ROBERTS

1

**ORDER**

2       This matter came before the Court on the stipulated motion of the defendant for reduction

3   of sentence pursuant to 18 U.S.C. § 3582(c)(2).

4       The parties agree, and the Court finds, that Mr. Roberts is entitled to the benefit

5   Amendment 782, which reduces the applicable guideline range to 27 to 33 months.

6       IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2014 is

7   reduced to a term of 33 months.

8       IT IS FURTHER ORDERED that all other terms and provisions of the original judgment

9   remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above

10  reduction in sentence, and shall serve certified copies of the amended judgment on the United

11  States Bureau of Prisons and the United States Probation Office.

12      Unless otherwise ordered, Mr. Roberts shall report to the United States Probation Office

13  within seventy-two hours after his release.

14  Dated:  September 16, 2015

15

16

17                                          Troy L. Nunley
                                            United States District Judge
18

19

20

21

22

23

24

25

26

27

28